IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 9:07-CV-00158 ) JUDGE CLARK/JUDGE GUTHRIE |
| JOHN W. SLOANE and BARBARA L. SLOANE, | ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

Came on to be considered the parties' Joint Motion to Dismiss, and the Court having considered same, is of the opinion that the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Joint Motion to Dismiss filed on behalf of the parties is granted in its entirety, and any and all claims for relief against the named Defendants are hereby dismissed with prejudice, with each party to bear their own costs.

So **ORDERED** and **SIGNED** this **16** day of **May, 2008.**

_____
Ron Clark, United States District Judge